UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOUSING AUTHORITIES RISK RETENTION POOL,<br><br>        Plaintiff,<br> v.<br><br>RELIANCE WORLDWIDE CORPORATION,<br><br>        Defendant. | CASE NO. 3:17-cv-05894-RJB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER |

  THIS MATTER comes before the Court on Defendant Reliance Worldwide Corporation's Motion for Leave to File Amended Answer. Dkt. 15.

  The Complaint centers on the allegation that a defective valve manufactured by Defendant caused water damage to apartments operated by Vancouver Housing Authority (VHA). Plaintiff Housing Authorities Risk Retention Pool brings this action as VHA's subrogee.

  Defendant's Answer includes affirmative defenses alleging that the damage was caused by a third party. Dkt. 6 at 3. Defendant now represents that subsequent investigation has revealed the

ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER - 1

identity of the third party at fault, Tapani Plumbing. Dkt. 15 at 1. The proposed Amended Answer names Tapani Plumbing as a non-party at fault for the damage. *Id*. at 9.

Plaintiff has not filed any opposition to the motion. *See* Dkt. 15 at 2:23. The deadline to join parties is May 7, 2018. Dkt. 14. Much time remains for discovery, because the discovery deadline is October 9, 2018. *Id*.

The Court should exercise its discretion to give Defendant leave to file the Amended Answer pursuant to Fed. R. Civ. P. 15(a).

Defendant's Motion for Leave to File Amended Answer (Dkt. 15) is HEREBY GRANTED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of April, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge